UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ISLEY, AND
LARRY MARTIN,

    Plaintiffs,

v.

THE FORD MOTOR COMPANY,

    Defendant.
    _____/

Case No. 05-70720

Honorable Patrick J. Duggan

## JUDGMENT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on JUNE 8, 2005.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                U.S. DISTRICT COURT JUDGE

On February 24, 2005, Plaintiffs Robert Isley and Larry Martin filed an action in this Court alleging violations of 42 U.S.C. § 1981. Presently before the Court is Defendant's Motion for Summary Judgment, filed April 4, 2005, and Defendant's Motion for Sanctions Under Rule 11, filed April 26, 2005. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiffs' Complaint is **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant's

Motion for Sanctions is **GRANTED** .

                                                            s/PATRICK J. DUGGAN
                                                            UNITED STATES DISTRICT JUDGE

Copies to:

Richard A. Meier, Esq.
Maurice G. Jenkins, Esq.

2